US District Court for the Middle District of TN

) Craig Cunningham

) Plaintiff, pro se

)

) v.

CIVIL ACTION NO. 3:15-cv-00957

)

) Rapid Capital Finance, LLC, RCF, LLC, RCF II, LLC Craig Hecker, and John/Jane Does 1-5

)

) Defendants.

## Plaintiff's Stipulation of Dismissal

1. NOW COME the Plaintiff Craig Cunningham and Defendants Rapid Capital Funding, LLC, RCF, LLC, and Craig Hecker, by and through their respective attorneys, if any, and pursuant to Fed. R. Civ. P. 41(a), who hereby stipulate and agree to the dismissal with prejudice of Plaintiff Craig Cunningham's claims against Defendants Rapid Capital Funding, LLC, RCF, LLC, and Craig Hecker. Each Party shall bear their own respective costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action as to Defendants Rapid Capital Funding, LLC, RCF, LLC, and Craig Hecker.
2. The Plaintiff notes that he is still pursuing claims against John/Jane Doe defendants to which this stipulation of dismissal does NOT apply to, which he anticipates shall be shortly identified through a subpoena. The Plaintiff has requested the clerk issue as previously granted permission to do so by the court.

US District Court for the Middle District of TN

) Craig Cunningham

) Plaintiff, pro se

)

) v.

CIVIL ACTION NO. 3:15-CV-00957

)

) Rapid Capital Finance, LLC, RCF, LLC, RCF II, LLC Craig Hecker, and John/Jane Does 1-5

)

) Defendants

## Certificate of Service

I hereby certify that a true copy of the foregoing was mailed to the Defendant's attorney of record on 8/2/2016 via USPS first class Mail:

Lawren Zann

Greenspoon Marder, PA

200 East Broward Blvd., ste 1800

Ft Lauderdale, FL 33301

Respectfully submitted,

Craig Cunningham, Plaintiff, Pro-se, August 2nd 2016

Mailing address:

5543 Edmondson Pike, ste 248 Nashville, TN 37211

