IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00957 |
| ) | Judge Trauger |
| RAPID CAPITAL FINANCE, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On April 10, 2017, the Magistrate Judge issued a Report and Recommendation (Docket No. 66), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Plaintiff's claims against defendants GMC and John/Jane Does 1-5 are dismissed without prejudice. These being the only remaining defendants in this case, this case is DISMISSED.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 12th day of May 2017.

_____
ALETA A. TRAUGER
U.S. District Judge